UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>           Plaintiff,<br><br>   v.<br><br>ACKERMAN FAMILY VINEYARDS LLC,<br><br>           Defendant. | Case No. 21-cv-09184-WHO<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Andres Gomez filed this suit alleging violations of the Americans with Disabilities Act and Unruh Civil Rights Act by defendant Ackerman Family Vineyards LLC. Dkt. No. 1. The defendant filed a motion to dismiss on March 22, 2022. Dkt. No. 10. Gomez's opposition or other response was due by April 5, 2022. Although Gomez filed a notice of intent to file a First Amended Complaint on April 4, 2022, as of the date of this Order, he has not filed any response to the motion to dismiss. See Dkt. No. 11.

Gomez is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing his opposition or other response to the pending motion by April 25, 2022. If Gomez files an opposition or other response by that date, the defendant may file a reply by May 2, 2022. The hearing on the pending motion to dismiss is reset to June 1, 2022.

**If Gomez fails to file an opposition or other response to the pending motion to dismiss by April 25, 2022, this action will be DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b).**

     **IT IS SO ORDERED.**

Dated: April 18, 2022



William H. Orrick
United States District Judge